IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL GIPSON #11348-042 PETITIONER

VS. CIVIL ACTION NO. 5:12-cv-62-DCB-JMR

ARCHIE LONGLEY, WARDEN RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Respondent's Motion to Change Venue [9] is granted and this case should be transferred to the Northern District of Mississippi as Gipson's sentencing court for consideration of the merits of his claims.

SO ORDERED, this the   9th   day of January, 2013.


                                            s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE